**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6765**

JEFFREY B. MCRORIE,

                    Plaintiff - Appellant,

          v.

DONNA WILLIAMSON; JOSEPH UMESI; PAM MILLER; ANGELA ANDERS;
NURSE HERRING; NURSE STRICKLAND; PHILLIP STOVER; PAULA
SMITH; FINNESE COUCH; LAFAYETTE HALL; ROBERT C. LEWIS; ALVIN
W. KELLER, JR.; DR. KEYES,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Fox, Senior
District Judge. (5:11-ct-03059-F)

Submitted: January 12, 2012       Decided: February 13, 2012

Before GREGORY, SHEDD, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jeffrey B. McRorie, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey B. McRorie appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2006) action for failure to pay the filing fee and denying his motion for reconsideration, and asks that we appoint him counsel. We have reviewed the record and find no reversible error. Accordingly, we deny McRorie's request for appointment of counsel and affirm the district court's orders. McRorie v. Williamson, No. 5:11-ct-03059-F (E.D.N.C. May 13, 2011; July 11, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED